UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEKSANDR BYSTRIKA,<br><br>                      Petitioner,<br><br>    v.<br><br>JEFFERSON SESSIONS, et al.,<br><br>                      Respondents. | Case No. C17-1069-JLR-MAT<br><br>REPORT AND RECOMMENDATION |

This is a 28 U.S.C. § 2241 immigration habeas action. The parties have filed a joint stipulation asking the Court to dismiss this action with prejudice. Dkt. 8. The Court recommends that the joint stipulation be GRANTED and that this matter be DISMISSED with prejudice and with each side bearing their own fees and costs. A proposed order accompanies this Report and Recommendation. The Clerk is directed to note this matter as immediately ready for the consideration of the Honorable James L. Robart.

Dated this 25th day of August, 2017.

                                        Mary Alice Theiler
                                        United States Magistrate Judge

REPORT AND RECOMMENDATION - 1